UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN HOY, et al,

      Plaintiffs,

CIVIL ACTION NO. 09-11352

v

HONORABLE AVERN COHN

WASHTENAW COUNTY, et al,

      Defendants.
                                  /

### ORDER DENYING PLAINTIFFS' MOTION FOR REASSIGNMENT

Before the Court is Plaintiff's Motion for Reassignment. The Court being fully advised in the premises,

**IT IS ORDERED** that the motion is **DENIED**.

                s/ Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

Dated: October 14, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 14, 2009, by electronic and/or ordinary mail.

                s/ Julie Owens
                Case Manager, (313) 234-5160